IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANN M SHELDON,

    Plaintiff,

v.                                          CASE NO. 1:05-cv-00184-MP-AK

JO ANNE B BARNHART,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed. The time for filing objections has passed and none have been filed. The Court has reviewed the Report and Recommendation and agrees that substantial evidence existed to support the decision of the Administrative Law Judge that plaintiff's subjective complaints of pain where not supported by objective medical evidence. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The decision of the Commissioner is AFFIRMED, this action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *18th*  day of April, 2007

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge